UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-4265-SK Date: August 6, 2026

Title Smeling Josabeth Rodriguez Alvarado v. Markwayne Mullin, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER GRANTING PETITION**

Petitioner is a noncitizen present in the United States without admission who was arrested and detained mandatorily pursuant to 8 U.S.C. § 1225(b)(2)(A). That mandatory detention violated petitioner's right to a discretionary bond determination under the Immigration and Nationality Act. *See Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026) ("[A]liens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)."). Her petition under 28 U.S.C. § 2241 is therefore granted.

Respondents are ordered to release petitioner **Smeling Josabeth Rodriguez Alvarado (A# 245-941-018)** within seven days of this order unless she is provided an individualized custody hearing before an immigration judge pursuant to § 1226(a) and all applicable regulations permitting discretionary release pending removal proceedings. Judgment will be entered in petitioner's favor.

IT IS SO ORDERED.