JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SMELING JOSABETH RODRIGUEZ ALVARADO,
Petitioner,

v.

MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-4265-SK

**JUDGMENT**

Pursuant to the Order Granting Petition, **IT IS ADJUDGED** that this judgment is entered in petitioner's favor under 28 U.S.C. § 2241.

**Smeling Josabeth Rodriguez Alvarado (A# 245-941-018)** shall be released within seven days on her prior order of release unless she is provided an individualized custody hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and all applicable regulations permitting discretionary release pending removal proceedings.

DATED: August 6, 2026

STEVE KIM
United States Magistrate Judge